IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 05 CR 727 |
| | ) Honorable Amy J. St. Eve |
| CONRAD M. BLACK, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

NOTICE is hereby given that Defendant PETER Y. ATKINSON, one of the defendants in the above-captioned case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final amended judgment (Docket No. 1184) entered in this action on April 4, 2011.

Dated: New York, NY
April 8, 2011

Respectfully submitted,

Michael S. Schachter
mschachter@willkie.com
Ian K. Hochman
ihochman@willkie.com
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
(212) 728-8111 (facsimile)

*Attorneys for Peter Y. Atkinson*

6532095

## CERTIFICATE OF SERVICE

I, Ian K. Hochman, an attorney, hereby certify that on this 8th day of April, 2011, I filed the foregoing NOTICE OF APPEAL using the Court's ECF system. Notice of Electronic Case Filing has been sent to the following registered parties, which constitutes service of same:

Miguel A. Estrada
David Debold
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036

Richard A. Greenberg
Steven Y. Yurowitz
Newman & Greenberg
950 Third Avenue
32nd Floor
New York, NY 10022

Julie B. Porter
Assistant U.S. Attorney
219 South Dearborn Street
Fifth Floor
Chicago, IL 60604

/Ian K. Hochman
Ian K. Hochman