

# SEVENTH CIRCUIT TRANSCRIPT INFORMATION SHEET

**PART I** – Must be completed by party or party's attorney pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure and Rule 11(a) of the Circuit Rules. The appellant must file this form with the court reporter within 10 days of filing the notice of appeal, whether transcript is being ordered or not. (FRAP 10(b)(1)) Satisfactory arrangements with the court reporter for payment of the costs of the transcripts must also be made at that time. (FRAP 10(b)(4)) (Note: Appellees as well as appellants are expected to use this form when ordering transcripts.)

| Short Title | District | D.C. Docket No. |
|---|---|---|
| United States v. Peter Y. Atkinson (Appeal No. 11-1824) | N.D. Ill., Eastern Division | 05-CR-727 |
| | District Judge | Court Reporter |
| | Hon. Amy J. St. Eve | Joseph Rickhoff |

☐ I am ordering transcript.
☒ I am not ordering transcript, because: case likely will be stayed pending Supreme Ct. appeal
☐ The transcript has been prepared.

Sign below and return original and one copy to court reporter. Distribute remaining copies to the Clerk of the District Court and opposing party, retaining one copy for yourself.

Indicate proceedings for which transcript is required. Dates must be provided:   Date(s)

☐ Pretrial proceedings. *Specify:* _____

☐ Voir Dire

Trial or Hearing. *Specify:* _____

☐ Opening statement

☐ Instruction conference

☐ Closing statements

☐ Court instructions

☐ Post-trial proceedings. *Specify:* _____

☐ Sentencing

☐ Other proceedings. *Specify:* _____

**FILED**
APR 27 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Method of Payment: ☐ Cash   ☐ Check or Money Order   ☐ C.J.A. Voucher
Status of Payment: ☐ Full Payment   ☐ Partial Payment   ☐ No Payment Yet

Signature: /s/
Address: Willkie Farr & Gallagher LLP
787 Seventh Avenue, New York, NY 10019
Telephone No. 212-728-8641
Date: April 25, 2011

**PART II** – Must be completed by Court Reporter pursuant to Rule 11(b) of the Federal Rules of Appellate Procedure. By signing this Part II, the Court Reporter certifies that *satisfactory arrangements for payment* have been made.

| U.S.C.A. Docket No. | Date Order Received | Estimated Completion Date | Estimated Length |
|---|---|---|---|
| | | | |

Signature of Court Reporter: _____   Date: _____

**NOTICE:** The Judicial Conference of the United States, by its resolution of March 11, 1982, has provided that a penalty of 10 percent must apply, unless a waiver is granted by the Court of Appeals' Clerk, when a "transcript of a case on appeal is not delivered within 30 days of the date ordered and payment received therefor." The penalty is 20 percent for transcript not delivered within 60 days.

Original to Court Reporter. Copies to: ● U.S.C.A. Clerk ● Service Copy ● District Court Clerk and to ● Party / Counsel Ordering Transcript.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 25th day of April, 2011 the following counsel were served with a copy of the foregoing SEVENTH CIRCUIT TRANSCRIPT INFORMATION SHEET by United States Mail, postage prepaid.

Julie B. Porter
Assistant U.S. Attorney
219 South Dearborn Street
Fifth Floor
Chicago, IL 60604

Richard A. Greenberg
Newman & Greenberg
950 Third Avenue
32nd Floor
New York, NY 10022

Ian K. Hochman